IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TYRELL M. WELLS, <br><br> Defendants. | Case No. 5:09-CR-00023-DCA <br><br> ORDER GRANTING STIPULATION TO WITHDRAW GUILTY PLEA <br><br> ORDER GRANTING STIPULATION TO AMEND COMPLAINT <br><br> ORDER GRANTING STIPULATION TO ENTER PLEA <br><br> (Doc. 11) <br><br> ORDER VACATING STATUS CONFERENCE SET ON JUNE 10, 2010 <br><br> ORDER SETTING SENTENCING HEARING ON AUGUST 12, 2010 |

Before the Court is the stipulation of the parties, signed by counsel and Defendant Tyrell M. Wells, explaining to the Court that the charge in the Complaint filed on November 30, 2009, to which Mr. Wells plead guilty, was not factually supported.

In summary, the parties agree that Mr. Wells was charged with violation of Penal Code § 261.5(d), Unlawful sexual intercourse with a minor under 16, as assimilated by 18 USC § 13. A key element of this offense is that the minor be *under* the age 16 at the time of the offense.

On April 1, 2010, Mr. Wells plead guilty to violation of Penal Code § 261.5(d) and stipulated

1

1 that there was a factual basis for the plea; namely that the minor was *under* 16 at the time of the offense.
2 The parties agreed, on April 1, 2010 in open court, that the matter would be referred to the United States
3 Probation Officer to prepare a sentencing report.  The parties agreed further, that should the Court be
4 unwilling to agree to a recommendation of no incarceration, Mr. Wells would be allowed to withdraw
5 his plea. Soon thereafter, the parties discovered that the minor was 16 at the time of the offense; she was
6 not *under* 16 at the time.

7 As the Court reads the current stipulation, the parties agree that Mr. Wells will be permitted to
8 withdraw his guilty plead to Penal Code § 261.5(d).  In turn, the parties agree that the Government will
9 amend the Complaint to add Count II to allege a violation of Penal Code § 261.5(c), Unlawful sexual
10 intercourse with a minor who was more than three years younger than the perpetrator.  The Government
11 will then dismiss Count I.  Finally, the parties agree that Mr. Wells, through the stipulation, will plead
12 guilty to Count II and be allowed to withdraw this plea if his sentence, to be imposed at a later date,
13 involves incarceration.  The parties stipulate that there is a factual basis for the guilty plea to Count II.

14 **ORDER**

15 Based upon the foregoing and the stipulation of the parties and in the interests of justice, the
16 Court **ORDERS**:

17  1.  The request of Mr. Wells to withdraw his guilty plea entered as to the Complaint
18      dated November 30, 2009, is **GRANTED.**
19  2.  The charge of violation of Penal Code § 261.5(d), Unlawful sexual intercourse with a
20      minor who was under 16, as assimilated by 18 USC § 13, is numbered, "Count I."
21  3.  The request of the Government to add as Count II to the Complaint dated November
22      30, 2009, a charge of violation of Penal Code § 261.5(c), Unlawful sexual intercourse
23      with a minor who was more than three years younger than the perpetrator, as
24      assimilated by 18 USC § 13, is **GRANTED.**
25  4.  The request of the Government to dismiss with prejudice Count I of the Complaint
26      dated November 30, 2009, a charge of violation of Penal Code § 261.5(d), Unlawful
27      sexual intercourse with a minor who was under 16, as assimilated by 18 USC § 13, is
28      **GRANTED.**

5. The request of Mr. Wells to enter the plea of guilty to Count II, based upon the stipulation of the parties that there is a factual basis for this plea, is **GRANTED.**

6. Based upon the agreement of the parties, Mr. Wells retains the right to withdraw his guilty plea if the Court refuses to accept a recommendation of no incarceration as part of his sentence.

7. The Status Conference scheduled for June 10, 2010, is **VACATED.**

8. The parties are **ORDERED** to appear on August 12, 2010 at 10:30 a.m. at Edwards Air Force Base for sentencing.

IT IS SO ORDERED.

Dated:   **May 21, 2010**                                         **/s/ Jennifer L. Thurston**
                                                                                UNITED STATES MAGISTRATE JUDGE

3