DANIEL J. BRODERICK, #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TYRELL M. WELLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:09-CR-00023 DCA |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; |
| v. | ORDER THEREON |
| TYRELL M. WELLS, | |
| Defendant. | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, TYRELL M. WELLS, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to Defendant of the requirement of his appearance at said time and place.

///

///

///

1  Defendant makes this request because the time, distance and expense involved in traveling to
2  Edward's Air Force Base for court appearances is a financial and personal hardship on him.  Defendant
3  wishes to limit the number of personal court appearances and minimize the time and expense of travel to
4  court.
5  This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

Dated: 9/14/10                                    /s/ *Tyrell M. Wells*
                                                  TYRELL M. WELLS

Dated: 9/14/10                                    /s/ *Jeremy S. Kroger*
                                                  JEREMY S. KROGER
                                                  Assistant Federal Defender
                                                  Counsel for Defendant

**O R D E R**

GOOD CAUSE APPEARING**, IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.  Defendant must appear at all substantive proceedings, including any potential substantive hearings, trial or change of plea.

IT IS SO ORDERED.

Dated:  **September 15, 2010**                    /s/ Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE