1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEREMY S. KROGER, Bar #258956
   Assistant Federal Defenders
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   TYRELL M. WELLS

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 5:09-cr-00023 JLT
                                       )
12                  Plaintiff,         )   STIPULATION VACATING IN CAMERA
                                       )   HEARING AND TRIAL DATES AND
13        v.                           )   RESETTING FOR PLEA AND SENTENCE
                                       )   AND ORDER THEREON
14  TYRELL M. WELLS,                   )
                                       )   Doc. (37)
15                  Defendant.         )
                                       )
16  _____   )

17

18        IT IS HEREBY STIPULATED by and between the parties hereto that the in camera hearing and

19  trial dates presently scheduled for February 14, 2011 and February 23, 2011, respectively, may be vacated,

20  and a change of plea and sentencing hearing be scheduled for **April 5, 2011, at 9:00 a.m.**

21        The reason for vacating these hearings is that the parties came to an agreement in this matter.  The

22  requested continuance will conserve time and resources for both counsel and the Court and also allow for

23  continuity of counsel in these proceedings.

24  ///

25  ///

26  ///

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice, including but not limited to, the need for the period of time set forth herein for further defense

3    preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

4                                                         BENJAMIN B. WAGNER
                                                          United States Attorney
5

6    DATED: February 11, 2011                            /s/ Samuel Small
                                                          SAMUEL SMALL
7                                                         Special Assistant United States Attorney
                                                          Attorney for Plaintiff
8

9                                                         DANIEL J. BRODERICK
                                                          Federal Defender
10

11   DATED: February 11, 2011                            /s/ Jeremy S. Kroger
                                                          JEREMY S. KROGER
12                                                        Assistant Federal Defender
                                                          Attorney for Defendant
13                                                        Tyrell Wells

14

15

16

17                                            **O R D E R**

18        Based upon the plea agreement, the trial, scheduled for February 23, 2011 and all associated

19   deadlines, are **VACATED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C.

20   §§ 3161(h)(7)(A) and (B).

21

22   IT IS SO ORDERED.

23   Dated:   **February 14, 2011**                              **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

Wells/Stipulation to Vacate Hearings
and Reset for COP and Sentencing

2