BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DANIEL S. HARRISON
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Office of the Staff Judge Advocate
AFFTC/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-3109 / Fax: (661) 277-2887

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 5:09-cr-00023-JLT |
| ) | |
| *Plaintiff,* ) | |
| ) | Stipulation to Advance Sentencing Hearing |
| v. ) | |
| ) | Date:  3 May 2011 |
| TYRELL M. WELLS, ) | Time:  9:00 a.m. |
| ) | Place:  Bakersfield Bankruptcy Courtroom |
| *Defendant.* ) | Judge: Hon. Jennifer L. Thurston |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL S. HARRISON, Special Assistant United States Attorney, counsel for plaintiff, and JEREMY S. KROGER, Assistant Federal Defender, counsel for defendant, TYRELL M. WELLS, that the date for the sentencing hearing in this matter may be advanced to April 19, 2011, or the soonest date thereafter that is convenient to the court. **The date currently set for the sentencing hearing is May 3, 2011. The requested new date is April 19, 2011.**

    Respectfully Submitted

BENJAMIN B. WAGNER
United States Attorney

1

DATED: April 12, 2011

By   /s/ Daniel S. Harrison
DANIEL S. HARRISON
Special Assistant United States Attorney

DANIEL J. BRODERICK
Federal Defender

DATED: April 12, 2011

/s/ Jeremy S. Kroger
JEREMY S. KROGER
Assistant Federal Defender
Attorney for Defendant
Tyrell M. Wells

**O R D E R**

**IT IS SO ORDERED.** The sentencing hearing in the above-captioned case is advanced to April 19, 2011 at 9:00 AM.

DATED: April  14 , 2011

/s/Jennifer L. Thurston
JENNIFER L. THURSTON, Magistrate Judge
United States District Court